IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson                                MAGISTRATE JUDGE'S MINUTES

CR 11-02199-001-CKJ(HCE)                                    Date: 7/27/2011

Hon. **HÉCTOR C. ESTRADA**, United States Magistrate Judge           Judge #: 70BQ

USA v. THERESA NINETTE PHEBUS

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ
Deputy Clerk Selina Vega                      Recorded by Courtsmart
U.S. Atty: Brian Sardelli                     Dft Atty: Rubin Salter Jr., Appt.
Intrptr: N/A

**PROCEEDINGS:**      ☒ ARRAIGNMENT/PLEA       ☐ CHANGE OF PLEA
☒ Waiver of Indictment filed
☒ Information filed, CODE: Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); Conspiracy to Transport Illegal Aliens for Profit
☒ Dft states true name to be: SAME
☒ Dft advised: ☒ Right to trial by jury ☒ Right to indictment by GJ
☒ Dft enters: ☒ GUILTY PLEA to THE INFORMATION
Lesser offense
☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED
☒ Guidelines case                    ☐ Non-guidelines case
☒ Continued for sentence to **10/13/2011 at 10:00 AM BEFORE JUDGE JORGENSON**
☒ **ORDER:** PSR to be prepared. (1) Any objection(s) to the presentence report shall be filed no later than 14 days after receiving the presentence report pursuant to Fed.R.Crim.P. 32(f)(2); (2) any response to the objection(s) to the presentence report shall be filed no later than 11 days after receiving the objection(s); (3) any sentencing memorandum shall be filed no later than 5 business days prior to sentencing; (4) Any party seeking to continue a sentencing date shall file a Motion to Continue no later than two (2) business days prior to the date of hearing. Additionally, counsel shall telephonically notify chambers when sentencing is within two (2) business days; (5) failure to comply with this Order may result in the imposition of sanctions.
☒ To be dismissed upon entry of judgment INDICTMENT
☒ ORDER vacate trial date/motion hearing/motions moot
☒ Provided with copy of Indictment/Information ☒ Waives reading
☐ ORDER defendant remain released pending sentence/remanded to USM
☐ Other:

ARR: 1 Min
COP: 18 Mins